DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH BELCIK,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D19-3181

[September 24, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Judge; L.T. Case No. CACE18-012223.

Joseph Belcik, Oldsmar, pro se.

Ileen J. Cantor and Ronald M. Gache of Shapiro, Fishman & Gache, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE CJ., CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***